**JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, AZ 85377
Telephone: (480) 659-4244
Facsimile: (480) 659-4255
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendant Navajo County

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Scott Peterson,<br><br>             Plaintiff,<br><br>vs.<br><br>Navajo County,<br><br>             Defendant. | Case No.:   3:20-cv-08055-JJT<br><br>**DEFENDANT NAVAJO COUNTY'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br> **(Jury Trial Demanded)** |

Defendant Navajo County, through undersigned counsel, and in response to Plaintiff's Complaint admits, denies, and alleges as follows:

1. Navajo County admits the following allegations contained in the Complaint: **6, 7, and 8.**

2. Navajo County denies the following allegations contained in the Complaint: **9, 10, 11, 12, 14, 16, 18, 19, 20, 21, and 22.**

3. Navajo County is without sufficient information to admit or deny the following allegation in the Complaint and, therefore, denies the allegation: **2 and 13.**

4. Navajo County contends the following allegations contained in the Complaint are legal conclusions, and not statements of fact, and therefore are subject to neither admission nor denial: **1, 3, 4, 5, and 17.**   To the extent the allegations are deemed factual, they are denied. Notwithstanding the responses contained herein as to paragraphs **4 and 5** of the Complaint, Navajo County agrees this Court has jurisdiction over the federal question pursuant to 28 U.S.C.

§ 1331, that venue is proper pursuant to 28 U.S.C. § 1391, and affirmatively allege this matter is a Prescott Division case pursuant to LRCiv. 77.1(a).

5. Navajo County incorporates its prior responses, as appropriate, to the allegation contained in paragraph **15** of the Complaint.

6. Navajo County denies any and all factual allegations not expressly admitted to herein.

7. Navajo County demands trial by jury.

## **AFFIRMATIVE DEFENSES**

1. Although not an affirmative defense, Navajo County asserts Plaintiff does not state claims upon which relief may be granted.

2. Navajo County asserts failure to mitigate damages.

3. Navajo County asserts offset or application of amounts received.

4. Navajo County asserts statute of limitations as to any additional claims or related parties.

5. Navajo County asserts entitlement to all immunities applicable under federal law including, without limitation, all immunities afforded public entities and/or public employees, absolute or qualified.

6. Navajo County asserts it acted lawfully at all times, and, at no time, willfully or unlawfully deprived Plaintiff of overtime payment due.

7. Navajo County asserts failure to exhaust administrative remedies.

8. Navajo County asserts Plaintiff did not work the hours claimed or that certain time is not compensable.

9. Navajo County asserts Plaintiff was properly compensated for hours worked.

10. Navajo County asserts that one or more statutory exemptions apply including, but not necessarily limited to, the executive and/or administrative exemptions.

11. Navajo County asserts failure to name indispensable parties or parties subject to permissive joinder.

12. Navajo County does not presently have specific facts in support of the remaining defenses, but it wishes to put Plaintiff on notice that it raises the following defenses which, through subsequent discovery may, indeed, be supported by the facts: lack of jurisdiction over the subject matter, lack of jurisdiction over the person, accord and satisfaction, arbitration and award, discharge in bankruptcy, duress, estoppel, set-off, failure to join an indispensable party, failure of consideration, fraud, illegality, laches, license, payment, release, issue preclusion, *res judicata,* other mandatory pre-litigation notices or processes, and statute of frauds.

WHEREFORE, Navajo County respectfully prays that Judgment be entered in its favor, and against Plaintiff, and that it be awarded all attorneys' fees, costs, and other forms of relief authorized by law or deemed just by this Court.

DATED this 22nd day of May, 2020.

JELLISON LAW OFFICES, PLLC


s/James M. Jellison
James M. Jellison
*Attorney for Defendant Navajo County*

CERTIFICATE OF SERVICE

I hereby certify that on May 22. 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with service upon the following registrant.

Edmundo P. Robaina
Robaina & Kresin PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
epr@robainalaw.com

s/Judy Phillips