1  Edmundo P. Robaina (No. 018125)
   YEN PILCH ROBAINA & KRESIN PLC
   6017 North 15th Street
2  Phoenix, Arizona 85014
   Telephone: (602) 682-6450
3  Facsimile: (602) 682-6455
   epr@yprklaw.com
4
   Attorneys for Plaintiff Thomas Scott Peterson
5
   James M. Jellison (No. 012763)
6  JELLISON LAW OFFICES, PLLC
   36889 North Tom Darlington Drive
7  Suite B7, Box 2800, #304
   Carefree, Arizona 85377
8  Telephone: (480) 659-4244
   Facsimile: (480) 659-4255
9  jim@jellisonlaw.com

10 Attorneys for Defendant Navajo County

11              UNITED STATES DISTRICT COURT

12                 DISTRICT OF ARIZONA

13 Thomas Scott Peterson,
                                     No. CV-20-08055-PCT-JJT
14          Plaintiff,

15 v.
                                     **JOINT NOTICE OF SETTLEMENT**
16 Navajo County,

17          Defendant.

18

19        The parties hereby provide notice to the Court that they have reached a tentative

20 settlement in the above-captioned matter. Because settlement of County cases above a

21 certain threshold amount requires Board of Supervisor approval, Defendant's counsel

22 plans to present the settlement to the Navajo County Board of Supervisors with a

23 tentative presentation date of February 7, 2023.  Assuming the Board of Supervisors

24 approves the settlement, and because this is an overtime pay case pursuant to the Fair

25 Labor Standards Act, the parties will then present the settlement agreement to the Court

26 for approval.

27        The parties respectfully request that the Court vacate the current deadlines in this

28 matter pending the anticipated resolution of the matter.

1    RESPECFULLY SUBMITTED this 27th day of January 2023.

2    YEN PILCH ROBAINA & KRESIN PLC          JELLISON LAW OFFICES, PLLC

3

4    By /s/ Edmundo Robaina                By /s/ James M. Jellison
5        Edmundo Robaina                       James M. Jellison
         Attorneys for Plaintiff               Attorneys for Defendant
6

7

8                        **CERTIFICATE OF SERVICE**

9        I hereby certify that on the 27th day of January 2023, I caused the foregoing

10   document to be electronically transmitted to the Clerk's Office using the CM/ECF

11   System for filing and transmittal to the following CM/ECF Registrants:

12       James M. Jellison
13       JELLISON LAW OFFICES, PLLC
         36889 North Tom Darlington Drive
14       Suite B7, Box 2800, #304
         Carefree, Arizona 85377
15       jim@jellisonlaw.com
16       Attorney for Defendant Navajo County

17
      /s/ Elizabeth Miramontes
18

19

20

21

22

23

24

25

26

27

28