UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Scott Peterson,<br>　　　　　Plaintiff,<br>v.<br>Navajo County,<br>　　　　　Defendant. | No. CV-20-08055-PCT-JJT<br><br>**ORDER** |

　　　Upon the parties' Notice of Settlement and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the parties request to vacate the current deadlines in this matter pending the anticipated resolution of this matter.

　　　Dated this ___ day of _____, 2023.