```
Edmundo P. Robaina (No. 018125)
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
epr@yprklaw.com
```

Attorneys for Plaintiff Thomas Scott Peterson

```
James M. Jellison (No. 012763)
JELLISON LAW OFFICES, PLLC
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, Arizona 85377
Telephone: (480) 659-4244
Facsimile: (480) 659-4255
jim@jellisonlaw.com
```

Attorneys for Defendant Navajo County

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Scott Peterson, <br><br> Plaintiff, <br><br> v. <br><br> Navajo County, <br><br> Defendant. | No. CV-20-08055-PCT-JJT <br><br> **JOINT REQUEST FOR APPROVAL OF SETTLEMENT AGREEMENT** |

Pursuant to the Court's Order dated January 30, 2023, the parties hereby request that the Court approve their Settlement Agreement, which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 15th day of February 2023.

| YEN PILCH ROBAINA & KRESIN PLC | JELLISON LAW OFFICES, PLLC |
|---|---|
| By /s/ Edmundo Robaina <br> Edmundo Robaina <br> Attorneys for Plaintiff | By /s/ James M. Jellison <br> James M. Jellison <br> Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF Registrants:

James M. Jellison
JELLISON LAW OFFICES, PLLC
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, Arizona 85377
jim@jellisonlaw.com
Attorney for Defendant Navajo County

/s/ Gaynell Carpenter